UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-02019-TWP-MG |
| ) | |
| GREYHOUND, ) | |
| AMTRAK, ) | |
| ) | |
| Defendants. ) | |

### ENTRY DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT

In the Entry of December 9, 2024, the Court screened *pro se* Plaintiff Jane Doe's ("Doe") Complaint and explained that it is subject to dismissal for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) because of a failure to state a claim upon which relief may be granted (Dkt. 8). The Court gave Doe an opportunity to amend her Complaint no later than January 13, 2025, and show cause why this case should not be dismissed because of a lack of jurisdiction.

The deadline to respond has passed, and Doe has not responded to the show cause Order and has not filed an amended complaint to cure the jurisdictional deficiencies of her initial Complaint. The Court acknowledges that the Notice to File Rule 7.1 Disclosure Statement (Dkt. 4) and Order on Motion for Leave to Proceed *in forma pauperis* (Dkt. 8) sent to Doe were returned to sender, unclaimed, and unable to forward (*See* Dkts. 9,10). However, a litigant has the responsibility to update their address with the court. Doe has failed to show cause why this case should not be dismissed for a lack of jurisdiction.

Accordingly, for the reasons discussed in the prior screening Entry (Dkt. 8), this action is **dismissed without prejudice for lack of jurisdiction**. *See* 28 U.S.C. § 1915(e)(2)(B). Final judgment consistent with this Entry will issue under separate order.

**SO ORDERED**.

Date: 2/24/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

[1]JANE DOE
General Delivery
New York, NY 10001

---

[1] Distribution is being made to the last known mailing address provided by Plaintiff. In the event the mailing is undeliverable to this address, Plaintiff's copy is also available upon request.

2